**BOLLINGER MARINE FABRICA-TORS, L.L.C.; Bollinger Shipyards Lockport, L.L.C., Plaintiffs–Appellees Cross–Appellants**

v.

**MARINE TRAVELIFT, INCOR-PORATED, Defendant–Appellant Cross–Appellee**

No. 15–30888

United States Court of Appeals,
Fifth Circuit.

Date Filed: 09/12/2016

Robert S. Reich, Esq., Michael Thomas Wawrzycki, Reich, Album & Plunkett, L.L.C., Metairie, LA, for Plaintiffs–Appellees Cross–Appellants.

Christopher Jude Alfieri, Christovich & Kearney, L.L.P., New Orleans, LA, Richard White Crews, Jr., Hartline Dacus Barger Dreyer, L.L.P., Corpus Christi, TX, Patrick G. McBride, O'Neil Cannon Hollman DeJong & Laing, S.C., Milwaukee, WI, for Defendant–Appellant Cross–Appellee.

Before JONES, DENNIS, and PRADO, Circuit Judges.

PER CURIAM: *

The court has carefully considered this appeal in light of the briefs, oral argument, and pertinent portions of the record. Having done so, we find no error of law or

---

reversible error of fact. The district court's judgment is AFFIRMED for essentially the same reasons articulated by that court.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

